| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Delilah Cantu** | | | Social Security number or ITIN | **xxx–xx–5743** |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN | _ _ _ _ |
| | | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | | | |
| Case number: | **08–04541** | | | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Delilah Cantu

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

March 3, 2016                                                          **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                             United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 08-04541-JBS
Delilah Cantu                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal           Page 1 of 2            Date Rcvd: Mar 03, 2016
                              Form ID: 3180W           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2016.
```
db          +Delilah Cantu,   PO Box 2021,   Schiller Park, IL 60176-0021
12260521    +CITY OF CHICAGO DEPT. OF REVENUE, BANKRUPTCY UNIT,    121 N. LASALLE ST. RM 107,
              CHCICAG, IL 60602-1232
11987681     CSA,   3300 Zinfandel Dr.,   Rancho Cordova, CA 95670-6043
11987680    +City of Chicago,   Bureau of Parking,   333 S. State St., Room 540,   Chicago, IL 60604-3951
12119191    +Peoples Energy,   130 E Randolph Drive,   Chicago, IL 60601-6207
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11987678    +EDI: AAEO.COM Mar 04 2016 00:23:00      Aaronrents,   1015 Cobb Place Blvd.,
              Kennesaw, GA 30144-3672
12044472    +EDI: ACCE.COM Mar 04 2016 00:23:00      Asset Acceptance LLC,   Assignee/SBC,   PO Box 2036,
              Warren MI 48090-2036
12027878     EDI: CAPITALONE.COM Mar 04 2016 00:23:00      CAPITAL ONE BANK (USA), N.A.,
              C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,   NORCROSS, GA 30091
11987679     EDI: CAPITALONE.COM Mar 04 2016 00:23:00      Capital One Bank,   PO Box 85015,
              Richmond, VA 23285-5075
12119190     E-mail/Text: legalcollections@comed.com Mar 04 2016 00:52:30      Com Ed,   Bill Payment Center,
              Chicago, Il 60668-0001
12316037    +EDI: ECMC.COM Mar 04 2016 00:23:00      ECMC,   P.O Box 8809,   Richmond, VA 23225-0509
18183895    +EDI: RESURGENT.COM Mar 04 2016 00:23:00      East Bay Funding, LLC,
              c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
11987682    +E-mail/Text: don@regionalrecoveryservice.com Mar 04 2016 00:51:46      Economy Interio,
              c/o CBUSA INC.,   PO Box 8000,   Hammond, IN 46325-8000
11987683    +EDI: AMINFOFP.COM Mar 04 2016 00:23:00      First Premier Bank,   900 Delaware, Ste. 7,
              Sioux Falls, SD 57104-0337
12149021     E-mail/Text: rev.bankruptcy@illinois.gov Mar 04 2016 00:51:04
              Illinois Department of Revenue,   Bankruptcy Section,   100 W. Randolph St., Suite 7-400,
              Chicago, IL 60601
11987684    +EDI: MID8.COM Mar 04 2016 00:23:00      Midland,   8875 Aero Drive Suite 200,
              San Diego, CA 92123-2255
11987685    +E-mail/Text: egssupportservices@egscorp.com Mar 04 2016 00:51:25      NCO/Marlin,
              507 Prudential Rd.,   Horsham, PA 19044-2308
15092687     EDI: PRA.COM Mar 04 2016 00:23:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
              Norfolk VA 23541
12137618    +E-mail/Text: csidl@sbcglobal.net Mar 04 2016 00:51:53      Premier Bankcard/Charter,
              PO BOX 2208,   Vacaville CA 95696-8208
12162564     EDI: RESURGENT.COM Mar 04 2016 00:23:00      Roundup Funding, LLC,   MS 550,   PO Box 91121,
              Seattle, WA 98111-9221
11987689     E-mail/Text: chicago.bnc@ssa.gov Mar 04 2016 00:51:57      SSA/Office,   6401 Security Blvd.,
              Woodlawn, MD 21235
11987687     EDI: NAVIENTFKASMSERV.COM Mar 04 2016 00:23:00      Sallie Mae,   PO Box 9500,
              Wilkes Barre, PA 18773-9500
11987688    +E-mail/Text: bankruptcy@cavps.com Mar 04 2016 00:51:40      Sprint PCS,   c/o Cavalry,
              7 Skyline Dr., 3rd Flr.,   Hawthorne, NY 10532-2162
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11987686    ##+Overland Bond,   The Albert Law Firm P C,   205 W Randolph Suite 920,   Chicago, IL 60606-1814
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: corrinal            Page 2 of 2                Date Rcvd: Mar 03, 2016
                              Form ID: 3180W            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2016 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Delilah  Cantu davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom  Vaughn    ecf@tvch13.net,  ecfchi@gmail.com
                                                                                          TOTAL: 3
```